Mario DiSalvo, Esq. SBN 199113
Attorney at Law
1060 Fulton Mall, Suite 1004
Fresno, California 93721
Phone (559) 442-1552
Facsimile (559) 442-156

Attorney for **Jose Cruz Gonzalez**

FILED

2005 OCT 18  A 8:31

CLERK, US DIST. COURT
E.            CALIF
BY _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 05 CR.F. 0258 OWW |
| Plaintiff,              ) |  |
|                         ) | SUBSTITUTION OF ATTORNEY |
| vs.                     ) |  |
| JOSE CRUZ GONZALEZ      ) |  |
| Defendant.              ) |  |

**COMES NOW** defendant, JOSE CRUZ GONZALEZ, and hereby requests to allow MARIO DISALVO, 1060 Fulton Mall, Suite 411, Fresno Ca. 93721, telephone(559) 442-1552, fax (559) 442-1567; to substitute-in as his attorney of record, in place of Jim Elia.

I agree to the above association
Dated: 16-13-05

_____
JOSE CRUZ GONZALEZ

I agree the above association
Dated: 10-13-05

_____
MARIO DISALVO, ESQ.

I agree the above association
Dated:

_____
JIM ELIA, ESQ.

IT IS SO ORDERED:
Dated: 10-17-05

_____
UNITED STATES DISTRICT COURT